# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-014 |
| | § | (Claim No. 95628/95630) |
| JAVIER L. LOO, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE UNITED STATES MAGISTRATE JUDGE:

COMES NOW United States of America ("USA"), plaintiff, and moves for entry of the agreed judgment signed by defendant Javier L. Loo.

WHEREFORE, plaintiff ask the court to sign the agreed judgment filed with this motion.

Respectfully Submitted,

By:

M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent certified mail return receipt requested and regular mail on March 4, 2003, to:

Javier L. Loo
375 Media Luna, #902
Brownsville, Texas 78521

M. H. Cersonsky

Approved and Entry Requested:

By: _____
M. H. Cersonsky, TBA#04408500, SBA #5082
Jim L. Garcia, TBA#07636700,SBA#8115
5065 Westheimer, Suite 600
Houston, Texas  77056
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorneys for the United States of America**

By: _____
Javier Loo
375 Media Luna, #902
Brownsville, Texas 78521

Of Counsel:
Alonso, Cersonsky & García, P.C.