United States District Court
Southern District of Texas
FILED

MAR 1 9 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

MAR 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CIVIL NO. B-03-014 |
| | § | (Claim: C-95628/C-95630) |
| | § | |
| JAVIER L. LOO | § | |

## AGREED JUDGMENT

1.   On the agreement of the parties, it is adjudged that the USA recover from Javier L. Loo:

<u>Claim No. C-95628</u>
   A.   Principal of $2,816.46;
   B.   Prejudgment interest of $1,737.52 to December 9, 1998, and daily accrual of $0.65 per diem until the date of judgment;
   C.   Attorney's fee of $550.00;

<u>Claim No. C-95630</u>
   A.   Principal of $3,936.68;
   B.   Prejudgment interest of $2,662.18 to December 9, 1998, and daily accrual of $0.98 per diem until the date of judgment;
   C.   Attorney's fees of $550.00;

Post-judgment interest at 1.16% per annum.

Loo will make monthly payments of $150.00, beginning March 18, 2003[1] and continue to make monthly payments in the amount on the same day of each month until paid in full.

2.   Monthly payments will be mailed to:   Central Intake Facility
United States Department of Justice
P.O. Box 198558
Atlanta, Georgia 30384

3.   Execution may issue immediately if the defendant defaults on payment.

---

[1] Although this judgment is dated March 19, 2003, the Court retains the date established by the parties for the Defendant's first payment.

Signed this 19th day of March, 2003, at Brownsville, Texas.

                                                              Honorable Andrew S. Hanen
                                                              United States District Judge