UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
OCT 0 5 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| Vs. | §   CIVIL ACTION B-03-014 |
| JAVIER L. LOO, | §   (Claims 95628/95630) § § |
| Defendant. | § |

## ABSTRACT OF JUDGMENT

| Date Judgment Entered | 03-21-03 |
|---|---|
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Alonso, Cersonsky & García, P.C. |
| Judgment Against: | JAVIER L. LOO<br>Brownsville, Texas |
| Amount of Judgment: | Claim 95628   $2,816.46 in principal;<br>$1,737.52 total interest accrued as of 12-09-98<br>Claim 95630   $3,936.68 in principal;<br>$2,662.18 total interest accrued as of 12-09-98 |
| Amount of Costs: | Claim 95628   $550.00 in Attorney's Fees<br>Claim 95630   $550.00 in Attorney's Fees |
| Pre-judgment Rate of Interest: | Claim 95628   $0.65 Per Diem<br>Claim 95630   $0.98 Per Diem |
| Post-judgment Rate of Interest: | 1.16% |
| Amount of Credits Since Judgment: | None. |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated:  10-5-04                                      MICHAEL N. MILBY, Clerk

                                          By:  _____
                                                                   Deputy Clerk

* Return to: ALONSO, CERSONSKY & GARCÍA, P.C.
    5065 Westheimer, Suite 600
    Houston, Texas 77056